**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| In re: | **Debtor(s):** Grady Van Barton Jr. – See below for reported alias information. xxx–xx–1698 <br> Dallene Lamoine Barton – See below for reported alias information. xxx–xx–5989 | **Case No.:** 25–41724 –A659 |

**Chapter:** 13
**Hearing date:** June 5, 2025
**Hearing time:** 11:00 AM
**Hearing location:** Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North – Seventh Floor, St. Louis, MO 63102

## NOTICE OF MOTION OBJECTING TO DISCHARGE

The Trustee in your case has filed a Motion Objecting to Discharge based on:

- ☐ the debtor having been granted a discharge under §727 or 1141 of the Bankruptcy Code, or under §14, 371, or 476 of the Bankruptcy Act, in a case commenced within 8 years before the Petition Date, 11 U.S.C. §727(a)(8).

- ☐ the debtor having been granted a discharge under §1228 or 1328 of the Bankruptcy Code, or under §660 or 661 of the Bankruptcy Act, in a case commenced within 6 years before the Petition Date, and either (1) payments under the plan in the previous case did not total at least 100% of the allowed unsecured claims in such case; or (2) such plan payments did not total at least 70% of the allowed unsecured claims in the previous case and/or the plan in the previous case was not proposed by the Debtor in good faith and/or was not the Debtors best effort, 11 U.S.C. §727(a)(9).

- ☑ the debtor having received a discharge either (1) in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the order for relief under Chapter 13 in this case; or (2) in a case filed under Chapter 13 of the Bankruptcy Code during the 2–year period preceding the date of the order for relief under Chapter 13 in this case, 11 U.S.C. §1328(f).

A hearing has been set on the Motion on June 5, 2025 at 11:00 AM at Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North – Seventh Floor, St. Louis, MO 63102. <u>Failure to attend the hearing may result in the Court granting the relief sought by the Motion</u>. Any response or objection to the Motion shall be filed with the Court by May 29, 2025 (See L.R. 9013–1(B)). A copy of the response or objection shall be promptly served upon the Trustee in your case. <u>Failure to file a timely response may result in the Court granting the relief requested without hearing prior to the hearing date</u>.

**BY THE COURT:**

<u>**/s/Dana C. McWay**</u>
**Clerk of Court**

Dated: 5/8/25
St. Louis, Missouri

**Reported Alias Information:**
Grady Van Barton Jr. – Grady Van Barton

Dallene Lamoine Barton – Dallene Lamoine Martin