UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re    Grady and Dallene Barton, | ) |
| | ) Case No. 25-41724-659 |
| | ) Chapter 13 |
| | ) Doc. 32 |
| Debtors. | ) Re: Objection to Claim 8 by Santander Consumer USA |
| | |
| | Objection Filed: 7/23/2025 |

## CERTIFICATION AND ORDER FOR DEBTOR'S OBJECTION TO CLAIM 8

The Debtors certify that they made service in accordance with applicable bankruptcy rules, that 30 days have passed since service of Debtors' objection and that Debtors have received no response in opposition to their objection or that any opposition has been resolved.

/s/ Andrew Kirkwood Smith
230 South Bemiston Ave, Suite 1210
Clayton, MO 63105
314.740.2989 (phone)
314.781.2695 (fax)
*Attorney for Debtor*

ORDER

Upon Debtors' objection to claim 8 filed by Santander Consumer USA, for good cause shown, it is ORDERED that the Debtors' objection is SUSTAINED and therefore the claim is considered fully general unsecured.

DATED:  August 25, 2025
St. Louis, Missouri
jim

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

Copies Mailed to:

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Santander Consumer USA
C/O CT Corporation System
5661 Telegraph Road, Suite 4B
Saint Louis, MO 63129

Diana Daugherty
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the United States Trustee
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

Grady & Dallene Barton, Jr.
111 Wrenwood Drive
Saint Clair, MO 63077

                                                    /s/ Andrew Kirkwood Smith
                                                      Andrew Kirkwood Smith
                                                      *Attorney for Debtor*