UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re   Grady and Dallene Barton | ) |  |
| --- | --- | --- |
|  | ) | Case No. 25-41724 |
|  | ) | Chapter 13 |
|  | ) |  |
| Debtors. | ) | Response Due: 11/25/2025 |

To:  BSFR Property Management LLC, Successor in Interest to Divvy Homes, Inc.
 C/O Zachary McMichael
 8182 Maryland Avenue, 15th Floor
 Saint Louis, MO 63105

 CSC Lawyers Incorporating Service Company
 221 Bolivar Street
 Jefferson City, MO 65101

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY NOVEMBER 25, 2025.**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

## OBJECTION TO CLAIM 14

Grady and Dallene Barton, Debtors herein, objects to your Claim No. 14, in the amount of $4,215 for the following reason(s):

 1.) The claim is based on rental arrearage at the time of filing for a property Debtors

were originally living in at the time of filing.
2.) Shortly after filing, Debtors decided to vacate the property.
3.) An Amended Plan was filed that removed this claim from being paid within 6 months.
4.) Since Debtors vacated the property, this claim should not receive treatment under paragraph 3.2.
5.) In fact, the confirmed plan lists the amount in 3.2 as zero dollars.
6.) Therefore, the claim should be allowed as a general unsecured creditor only.

WHEREFORE, Debtors pray that this Honorable Court sustain Debtors' objection and for any such additional and alternative relief as may be just and proper.

/s/ Andrew Kirkwood Smith
230 South Bemiston, Suite 1210
Clayton, MO 63105
314.740.2989 (phone)
314.781.2695 (fax)
*Attorney for Debtor*

### Certificate of Service

I. I certify that a true and correct copy of the foregoing document was filed electronically on October 28, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Andrew Kirkwood Smith
Andrew Kirkwood Smith

II. I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on October 28, 2025:

BSFR Property Management LLC, Successor in Interest to Divvy Homes, Inc.
C/O Zachary McMichael
8182 Maryland Avenue, 15th Floor
Saint Louis, MO 63105

CSC Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101

Diana Daugherty
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the United States Trustee
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

Andrew Smith
230 South Bemiston, Suite 1210
Clayton, MO 63105                           /s/ Andrew Kirkwood Smith_____
                                                Andrew Kirkwood Smith
                                                *Attorney for Debtor*